**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| ZIPIT WIRELESS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendants. | Civil Action No. 6:17-cv-01243-MGL |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Zipit Wireless, Inc., hereby voluntarily dismisses this action with prejudice. Defendants have not filed an answer or a motion for summary judgment. Accordingly, this action may be dismissed without an order of the Court.

Respectfully submitted, this 26th day of September, 2017.

/s/ Robert P. Foster

Robert P. Foster
FOSTER LAW FIRM, LLC
601 East McBee Avenue
Suite 104
Greenville, SC 29601
Telephone: (864) 242-6200
Facsimile: (864) 233-0290
Email: rfoster@fosterfoster.com

1

>Stephen R. Risley
>KENT & RISLEY LLC
>5755 North Point Parkway, Suite 57
>Alpharetta, GA 30022
>Telephone: (404) 585-2101
>Facsimile: (678) 389-9402
>Email: steverisley@kentrisley.com
>
>Attorneys for Plaintiff
>Zipit Wireless, Inc.

**CERTIFICATE OF SERVICE**

I certify that on September 26, 2017 the above and foregoing document was electronically filed with the Clerk of Court for the United States District Court for the District of South Carolina, Greenville Division, using the CM/ECF system, which will automatically send notification of such filing to counsel Record.

>*/s/ Robert P. Foster*
>
>Robert P. Foster
>FOSTER LAW FIRM, LLC
>601 East McBee Avenue
>Suite 104
>Greenville, SC 29601
>Telephone: (864) 242-6200
>Facsimile: (864) 233-0290
>Email: rfoster@fosterfoster.com